MARC J. SCHNEIDER (SBN #214609)
YURI MIKULKA (SBN #185926)
JOSEPH J. MELLEMA (SBN #248118)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100
Email: mschneider@sycr.com
Email: ymikulka@sycr.com
Email: jmellema@sycr.com

JONATHAN T. SUDER (*Pro Hac Vice Pending*)
CORBY R. VOWELL (*Pro Hac Vice Pending*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com

Attorneys for Plaintiff
INTERTAINER, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| INTERTAINER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HULU, LLC, <br><br> Defendant. | CASE NO. SACV 11-01208 CJC (RNB) <br><br> Assigned for all Purposes to Hon. Cormac J. Carney in Dept 9B <br><br> **PLAINTIFF INTERTAINER INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO HULU, LLC'S MOTION TO DISMISS** <br><br> Hearing Date: December 12, 2011 <br> Time: 1:30 <br> Dept: 9B |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

***EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO MOTION TO DISMISS**
DOCSOC/1528853v1/102166-0001

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

Pursuant to United States District Court, Central District of California's Local Rules 7-10 and 7-19 and Judge Carney's "Local Local" Rule 5, Plaintiff Intertainer, Inc. ("Intertainer") hereby applies, *ex parte*, for an order granting leave to file a surreply to Hulu, LLC's ("Hulu's") Motion to Dismiss.

Good cause exists to grant Intertainer's *ex parte* application for leave to file a surreply because in Hulu's Reply Brief, Hulu makes new arguments and cites additional case law not set forth in its Motion to Dismiss. A relief is requested on *ex parte* basis because not through fault of Intertainer, there is insufficient time before the continued hearing date on the Motion to Dismiss for this to be heard on a noticed motion.

This Application is based upon the attached memorandum of points and authorities, the proposed order filed herewith, the records, pleadings and documents in this case, and upon such argument or evidence that is presented at any hearing on this application.

Contact information for opposing counsel is as follows:

Darin Snyder, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Tel.:  (415) 984-8700
Direct:  (415) 984-8846
Fax:  (415) 984-8701
Email:  dsnyder@omm.com

Pursuant to L.R. 7-19, counsel for Intertainer conferred with counsel for Hulu on November 30 and December 1, 2011, who stated that Hulu does not oppose as long as Intertainer will not oppose any request by Hulu to file a response of the same length to the sur-reply. Intertainer does not oppose Hulu's request.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

*EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO MOTION TO DISMISS

DOCSOC/1528853v1/102166-0001

Dated: December 1, 2011           STRADLING YOCCA CARLSON & RAUTH

By: /s/Yuri Mikulka
      Marc J. Schneider
      Yuri Mikulka
      Joseph J. Mellema

      Attorneys for Plaintiff
      Intertainer, Inc.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

***EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO MOTION TO DISMISS**

DOCSOC/1528853v1/102166-0001

# MEMORANDUM OF POINTS OF AUTHORITES

## I. INTRODUCTION

Plaintiff Intertainer, Inc. ("Intertainer") files this *Ex Parte* Application seeking leave from the Court to file a sur-reply in opposition of Hulu's Motion to Dismiss. Hulu filed its Reply Brief on November 11, 2011 in support of its Motion to Dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Good cause exists to grant Intertainer's *ex parte* application for leave to file a surreply. In its Reply Brief, Hulu makes new arguments and cites additional case law not set forth in its Motion to Dismiss. Without the ability to file a sur-reply, Intertainer would be prejudiced in being unable to respond to Hulu's new arguments and additional case law. Further, Intertainer was fully prepared to make the arguments set forth in the sur-reply on the initial hearing date of November 28, 2011. The sur-reply ensures that the issues raised by Hulu have been fully briefed prior to the new hearing date, and provides the Court with an opportunity to review Intertainer's entire argument in advance of the hearing. Accordingly, Intertainer requests leave to file the attached sur-reply. (*See* Exhibit A). A relief is requested on *ex parte* basis because not through fault of Intertainer, there is insufficient time before the continued hearing date on the Motion to Dismiss for this to be heard on a noticed motion.

## II. ARGUMENT

The decision of whether to grant leave to file a sur-reply is within the sound discretion of the court. *American Forest & Paper Ass'n, Inc., v. U.S. Environ. Protection Agency*, 1996 U.S. Dist. LEXIS 13230, *11-12 (D.D.C. 1996). If a party raises new arguments or presents new evidence in a reply to an opposition, the court may allow the other party to counter those positions in a sur-reply. *Lees v. Felker*, 2009 U.S. Dist. LEXIS 78444, *3 (E.D. Cal. September 1, 2009).

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
*EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO MOTION TO DISMISS
DOCSOC/1528853v1/102166-0001

1  Good cause exists to grant Intertainer's ex parte application to file a sur-
2  reply. Hulu raises for the first time in its Reply Brief the *Parallel Networks* case in
3  support of its Motion. Hulu's Reply Brief at pp. 2-3 (citing *Parallel Networks,*
4  *LLC v. Abercrombie & Fitch*, 2011 U.S. Dist LEXIS 93875) (E.D. Tex. August 12,
5  2011).) Hulu also includes a new argument in conjunction with this case – that
6  construing claim 83 such that the steps are performed by a single entity would
7  "read out the limitation entirely". (Hulu Reply Brief, at p. 3). While Intertainer
8  disagrees that the *Parallel Networks* case is relevant to the issues raised in Hulu's
9  Motion, Intertainer seeks leave to address this case and two other previously cited
10 cases that Hulu newly additionally mischaracterizes in an effort to bolster its new
11 argument. Intertainer's Sur-reply focuses on these new arguments by Hulu and
12 properly explains why the cited cases do not support Hulu's Motion to Dismiss.
13 Without the ability to file a sur-reply, Intertainer would be prejudiced in being
14 unable to respond to Hulu's new arguments and additional case law.

15  Further, Intertainer was fully prepared to make the arguments set forth in the
16 sur-reply on the initial hearing date of November 28, 2011. Because the hearing
17 was recently continued and re-set for December 12, 2011, Intertainer submits its
18 sur-reply at this time on an *ex parte* basis to ensure that the issues raised by Hulu
19 have been fully briefed prior to the new hearing date. The sur-reply provides the
20 Court with an opportunity to review Intertainer's entire argument in advance of the
21 hearing. Accordingly, Intertainer requests leave to file the attached sur-reply. (*See*
22 Exhibit A).
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
*EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO MOTION TO DISMISS

DOCSOC/1528853v1/102166-0001

### III. CONCLUSION

For the foregoing reasons, Intertainer respectfully requests the Court to grant the *ex parte* application for leave to file a surreply.

DATED: December 1, 2011

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: /s/ Yuri Mikulka
MARC SCHNEIDER
YURI MIKULKA
JOSEPH MELLEMA

Attorneys for Plaintiff
INTERTAINER, INC.

# CERTIFICATE OF SERVICE

I certify that on **December 1, 2011** the foregoing document **PLAINTIFF INTERTAINER INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO HULU, LLC'S MOTION TO DISMISS** was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Darin Snyder, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel.: (415) 984-8700
Direct: (415) 984-8846
Fax: (415) 984-8701
Email: dsnyder@omm.com
*Attorneys for Defendants*
HULU, INC.

| /s/ Veronica Garcia | December 1, 2011 |
|---|---|
| Signature | Date |

Stradling Yocca
Carlson & Rauth
LAWYERS
NEWPORT BEACH

-6-

***EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO MOTION TO DISMISS**

DOCSOC/1528853v1/102166-0001